NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MILO D. BURROUGHS,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

_____

2012-3195

_____

Petition for review of the Merit Systems Protection Board in case no. SF3330120255-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Milo Burroughs moves for an extension of time to file his corrected opening brief. The Department of the Army moves for extensions of time to file its response brief. Milo Burroughs filed a response to the Army's brief on November 29, 2012.

Upon consideration thereof,

MILO BURROUGHS V. ARMY                              2

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted. Burroughs' October 10, 2012 corrected opening brief is accepted for filing.

(2) The motions for extensions of time are granted. The Army's November 20, 2012 response brief is accepted for filing.

(3) The court treats Burroughs' November 29, 2012 response as his reply brief and is accepted for filing.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21